# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00804-CV

**Jessica Gutierrez, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF MCCULLOCH COUNTY, 198TH JUDICIAL DISTRICT
### NO. 2005095, HONORABLE EMIL KARL PROHL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order terminating the parental rights of Jessica Gutierrez to her minor child, J.E.G. Ms. Gutierrez's court-appointed attorney filed an *Anders* brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967). Counsel concludes that the appeal is without merit. The brief meets the requirements of *Anders*. *See Taylor v. Texas Dep't of Family & Protective Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights).

A copy of counsel's brief was delivered to Ms. Gutierrez, who was advised of her right to examine the record and to file a pro se brief. Ms. Gutierrez submitted a letter acknowledging that she has a medical condition but denying that she has neglected her child. After reviewing the record, we have found nothing that would arguably support an appeal, and we agree that the appeal

is frivolous and without merit.  We affirm the judgment of the trial court and further grant counsel's motion to withdraw as attorney.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Affirmed

Filed:   August 28, 2007